UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TANAKA BIRDO,<br><br>       Plaintiff,<br><br>     v.<br><br>BRAD WOLENHAUPT, BRAD<br>CALHOUN, BOB DEMIJIAN, OFFICER<br>FISCHER, JERRY WOODS, OFFICER<br>GRAY, FOREST ELKINS and CISSY<br>BURWELL,<br><br>       Defendants. | Case No. 07-cv-572-JPG |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

DATED: August 31, 2010        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                          **By: s/ Jina D. Hoyt, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**