UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TANAKA BIRDO,<br><br>    Plaintiff,<br><br>   v.<br><br>BRAD WOLENHAUPT, BRAD CALHOUN, BOB DEMIJIAN, OFFICER FISCHER, JERRY WOODS, OFFICER GRAY, FOREST ELKINS, UNKNOWN PARTY and CISSY BURWELL,<br><br>    Defendants. | Case No. 07-cv-572-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Tanaka Birdo's motion for attorney's fees for the work he performed on his own case (Doc. 56).

The law provides that a court may award a reasonable attorney's fee to a prevailing party in a variety of civil rights actions, including actions under 42 U.S.C. § 1983. *See* 42 U.S.C. § 1988(b). However, even assuming Birdo is considered a prevailing party in his § 1983 action, the Court may not award attorney's fees under § 1988 to a *pro se* litigant. *See Redding v. Fairman*, 717 F.2d 1105, 1120 (7th Cir. 1983) ("[A]n award of attorney's fees to a prisoner appearing *pro se* is not appropriate under Section 1988."); *see also Kay v. Ehrler*, 499 U.S. 432, 435 (1991) ("The Circuits are in agreement, however, on the proposition that a *pro se* litigant who is not a lawyer is not entitled to attorney's fees. . . . [W]e are also satisfied that they were correctly decided."). This holds true even if the *pro se* litigant is an attorney. *Kay*, 499 U.S. at 437.

For this reason, the Court **DENIES** Birdo's motion (Doc. 56).

**IT IS SO ORDERED.**
**DATED: December 2, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**